

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00011-CR
No. 02-20-00012-CR

_____

RANDY WAYNE SPRINKLE, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court Nos. 1592568D, 1595504R

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Randy Wayne Sprinkle attempts to appeal his convictions and sentences for exploitation of a child, or elderly or disabled person, and theft after pleading guilty to both offenses pursuant to a charge bargain. *See Harper v. State*, 567 S.W.3d 450, 455 (Tex. App.—Fort Worth 2019, no pet.) (defining charge bargain). Under that bargain, the State agreed to dismiss four other pending charges and to discontinue investigating other offenses Sprinkle may have committed that were then pending before a Tarrant County grand jury.

This bargain is reflected in the trial court's certifications of Sprinkle's right of appeal, which show that each case is a plea-bargain case for which Sprinkle has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d)–(e). Although we gave Sprinkle and his counsel the opportunity to show why this court has jurisdiction over the appeals, neither of them has responded to our inquiry letters. *See* Tex. R. App. P. 44.3. Therefore, we dismiss both of Sprinkle's appeals. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 2, 2020